Certificate Number: 16339-PAE-DE-030253439

Bankruptcy Case Number: 17-16458



16339-PAE-DE-030253439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2017, at 6:15 o'clock PM EST, David Colon completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 3, 2017              By:   /s/Kelley Tipton

                                      Name: Kelley Tipton

                                      Title: Certified Financial Counselor