Certificate Number: 16339-PAE-DE-030253440

Bankruptcy Case Number: 17-16458



16339-PAE-DE-030253440

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 3, 2017</u>, at <u>6:15</u> o'clock <u>PM EST</u>, <u>Jillian Colon</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 3, 2017</u>              By:   <u>/s/Kelley Tipton</u>

                                          Name:  <u>Kelley Tipton</u>

                                          Title:  <u>Certified Financial Counselor</u>