IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Colon : Chapter 13
        Jillian Colon : Case No.  17-16458

## ADDENDUM TO CHAPTER 13 PLAN

      This Addendum is filed to correct the amount of the pre-petition mortgage arrears payable under paragraph 4(a) to US BANK for PHFA to $9,980.63.  In all other respects the Plan filed 10/5/17 remains unaffected.

Dated:  7/18/18

**CASE & DIGIAMBERARDINO, P.C.**

By: s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor