United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16458-ref
David Colon                                                               Chapter 13
Jillian Colon
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith           Page 1 of 1           Date Rcvd: Oct 11, 2018
                               Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db/jdb        +David Colon,   Jillian Colon,   106 Jefferson Street,   Reading, PA 19605-2928
cr            +AmeriCredit Financial Services, Inc. A/C dba GM Fi,   PO Box 183853,   Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 12 2018 02:24:43
               Exeter Finance LLC Department,   Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016-5028
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2018 02:24:40        Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Jillian  Colon jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor David  Colon jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Jillian  Colon jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff David  Colon jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Colon                    : Chapter 13
           Jillian Colon           : Case No.  17-16458

## **ORDER**

     Upon consideration of the Application for Allowance of Compensation of John A.
DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy
Code, it is Ordered that the aforesaid application for counsel fees is approved in the
amount of $2,812.75 and advanced costs in the amount of $187.25.


BY THE COURT:

**Date: October 11, 2018**

_____