| In re: | Case No. |
|---|---|
| DAVID COLON | 17-16458-REF-13 |
| JILLIAN COLON | |
| Debtor(s). | |

## CHANGE OF PAYMENT ADDRESS FOR CREDITOR

Exeter Finance LLC hereby requests that the mailing address pertaining to payments in the above case be changed.

From:

Exeter Finance LLC

PO Box 167399

Irving TX 75016

To:

Exeter Finance LLC

PO Box 650693

Dallas, TX 75265-0693

Date: 12-20-19

Signature: *[signature]*

Name: Tina Jeffery

Address: 2250 John Carpenter Frwy
Suite 100
Irving, TX 75063