| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-16458-PMM

DAVID  COLON
JILLIAN  COLON
106 JEFFERSON STREET
READING  PA    19605

Petition Filed Date: 09/21/2017
341 Hearing Date: 12/05/2017
Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $250.00 | 17887472362 | 03/05/2019 | $250.00 | 17900707789 | 03/26/2019 | $250.00 | 17900708179 |
| 04/24/2019 | $250.00 | 17861661036 | 05/28/2019 | $250.00 | 17967703577 | 06/25/2019 | $250.00 | 17967703692 |
| 07/26/2019 | $250.00 | 17672258666 | 08/27/2019 | $250.00 | 17976816760 | 10/01/2019 | $250.00 | 19028307263 |
| 10/23/2019 | $250.00 | 19042988467 | 11/26/2019 | $250.00 | 19042989137 | 12/31/2019 | $250.00 | 19057896814 |
| 01/31/2020 | $250.00 | 19057897275 | 03/03/2020 | $250.00 | 19058975149 | 03/30/2020 | $250.00 | 17672259088 |
| 04/27/2020 | $250.00 | 19056641411 | 05/20/2020 | $250.00 | 19103445796 | 06/29/2020 | $250.00 | 19105565478 |
| 07/28/2020 | $250.00 | 19130885276 | | | | | | |

**Total Receipts for the Period:  $4,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  002 | Unsecured Creditors | $13,603.12 | $0.00 | $13,603.12 |
| 3 | BECKET & LEE, LLP<br>»»  003 | Unsecured Creditors | $324.62 | $0.00 | $324.62 |
| 4 | EXETER FINANCE CORPORATION<br>»»  004 | Unsecured Creditors | $15,228.74 | $0.00 | $15,228.74 |
| 5 | PA HOUSING FINANCE AGENCY<br>»»  005 | Mortgage Arrears | $9,980.63 | $4,541.25 | $5,439.38 |
| 1 | CASE & DIGIAMBERARDINO PC<br>»»  001 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 17-16458-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $7,541.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $733.75 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.