Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-16458-PMM**

DAVID  COLON  
JILLIAN  COLON  
106 JEFFERSON STREET  
READING  PA    19605

Petition Filed Date: 09/21/2017  
341 Hearing Date: 12/05/2017  
Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $250.00 | 19057897275 | 03/03/2020 | $250.00 | 19058975149 | 03/30/2020 | $250.00 | 17672259088 |
| 04/27/2020 | $250.00 | 19056641411 | 05/20/2020 | $250.00 | 19103445796 | 06/29/2020 | $250.00 | 19105565478 |
| 07/28/2020 | $250.00 | 19130885276 | 08/26/2020 | $250.00 | 19114653002 | 09/28/2020 | $250.00 | |
| 10/26/2020 | $250.00 | | 11/23/2020 | $250.00 | | 01/05/2021 | $250.00 | |
| 02/01/2021 | $250.00 | | 02/25/2021 | $250.00 | | 03/22/2021 | $250.00 | |
| 04/26/2021 | $250.00 | | 05/24/2021 | $250.00 | | | | |

**Total Receipts for the Period: $4,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Unsecured Creditors | $13,603.12 | $0.00 | $13,603.12 |
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $324.62 | $0.00 | $324.62 |
| 4 | EXETER FINANCE CORPORATION<br>»» 004 | Unsecured Creditors | $15,228.74 | $0.00 | $15,228.74 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $9,980.63 | $7,068.75 | $2,911.88 |
| 1 | CASE & DIGIAMBERARDINO PC<br>»» 001 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 17-16458-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $10,068.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $931.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.