Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-16458-PMM**

DAVID  COLON

JILLIAN  COLON

106 JEFFERSON STREET

READING  PA    19605

Petition Filed Date: 09/21/2017

341 Hearing Date: 12/05/2017

Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $250.00 | | 05/24/2021 | $250.00 | | 06/23/2021 | $250.00 | |
| 07/26/2021 | $250.00 | | 08/25/2021 | $250.00 | | 09/28/2021 | $250.00 | |
| 10/26/2021 | $250.00 | | 11/30/2021 | $250.00 | | 12/28/2021 | $250.00 | |
| 01/28/2022 | $250.00 | | 03/01/2022 | $250.00 | | 03/29/2022 | $250.00 | |
| 04/19/2022 | $250.00 | | 05/26/2022 | $250.00 | | 06/27/2022 | $250.00 | |
| 08/01/2022 | $250.00 | | | | | | | |

**Total Receipts for the Period:  $4,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Unsecured Creditors | $13,603.12 | $27.12 | $13,576.00 |
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $324.62 | $0.00 | $324.62 |
| 4 | EXETER FINANCE CORPORATION<br>»» 004 | Unsecured Creditors | $15,228.74 | $30.36 | $15,198.38 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $9,980.63 | $9,980.63 | $0.00 |
| 1 | CASE & DIGIAMBERARDINO PC<br>»» 001 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 6 | ARCADIA RECOVERY BUREAU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BERKS CREDIT & COLL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ENHANCED RECOVER COMPANY, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | GM FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PA DEPT OF PUBLIC WELFARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-16458-PMM**

<table>
<tr><td colspan="2" align="center"><b>SUMMARY</b></td></tr>
</table>

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $13,038.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,231.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $230.64 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.