United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-16458-pmm

David Colon                                                                        Chapter 13

Jillian Colon

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb       + David Colon, Jillian Colon, 106 Jefferson Street, Reading, PA 19605-2928

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff David Colon jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Jillian Colon jad@cdllawoffice.com  dmk@cdllawoffice.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

District/off: 0313-4                          User: admin                                      Page 2 of 2

Date Rcvd: Oct 25, 2022                       Form ID: 212                                  Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
                          ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO

                          on behalf of Joint Debtor Jillian Colon steve@sottolaw.com
                          info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO

                          on behalf of Debtor David Colon steve@sottolaw.com   info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee

                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                    Chapter: 13

     David Colon and Jillian Colon

Debtor(s)                                                Case No: 17–16458–pmm

---

### *ORDER*

     AND NOW, October 25, 2022, it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall file

    ☐  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑  A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.


          For The Court

          Patricia M. Mayer

          Judge ,United States Bankruptcy
          Court

Form 212