Certificate Number: 14912-PAE-DE-036953181

Bankruptcy Case Number: 17-16458



14912-PAE-DE-036953181

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2022, at 10:21 o'clock AM EDT, David Colon Jr completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 4, 2022                By:   /s/Jai Bhatt

                                         Name:   Jai Bhatt

                                         Title:   Counselor