United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-16458-pmm
David Colon  Chapter 13
Jillian Colon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jan 13, 2023      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Colon, Jillian Colon, 106 Jefferson Street, Reading, PA 19605-2928 |
| 13987355 | + | CNAC/JD Byrider, 601 State Rd, Emmaus, PA 18049-3029 |
| 13995550 | + | Case & DiGiamberardino, P.C., John A. DiGiamberardino, 845 N. Park Rd., Suite 101, Wyomissing, PA 19610-1342 |
| 13995553 | + | Case & DiGiamberardino, P.C., John A. DiGiamberardino, Esq., 845 N. Park Rd., Suite 101, Wyomissing, PA 19610-1342 |
| 13987361 | + | PA Dept. of Public Welfare, Div. of Third Party Liability, Estate Recovery Program, P.O. Box 8486, Harrisburg, PA 17105-8486 |
| 14002218 | + | Pennsylvania Housing Finance Agency, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 14 2023 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2023 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14024249 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 14 2023 00:36:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14000242 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 14 2023 00:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 13987353 | + | Email/Text: rperez@arcadiarecovery.com | Jan 14 2023 00:37:00 | Arcadia Recovery, 645 Penn Street, Reading, PA 19601-3559 |
| 13987354 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 14 2023 00:37:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14026897 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2023 00:41:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13987356 | + | Email/Text: bknotice@ercbpo.com | Jan 14 2023 00:37:00 | Enhanced Recovery Company LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 13987357 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 14 2023 00:41:59 | Exeter Finance, P.O. Box 166097, Irving, TX 75016-6097 |
| 14443196 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Exeter Finance LLC, PO Box 650693, Dallas TX 75265-0693 |
| 14068401 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2023 00:41:56 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13989899 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2023 00:41:53 | Exeter Finance LLC Department, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13987358 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 14 2023 00:36:00 | GM Financial, P.O. Box 181145, Arlington, TX |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 13987359 | ^ | MEBN | Jan 14 2023 00:31:45 | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 13987360 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2023 00:36:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 13987362 | + | Email/Text: blegal@phfa.org | Jan 14 2023 00:37:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14075415 | + | Email/Text: blegal@phfa.org | Jan 14 2023 00:37:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13988165 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:41:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
              on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JOHN A. DIGIAMBERARDINO
              on behalf of Plaintiff David Colon jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
              on behalf of Plaintiff Jillian Colon jad@cdllawoffice.com  dmk@cdllawoffice.com

LEON P. HALLER
              on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
              dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROLANDO RAMOS-CARDONA
              on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
              ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
              on behalf of Debtor David Colon steve@sottolaw.com  info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

on behalf of Joint Debtor Jillian Colon steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Colon and Jillian Colon

       Debtor(s)                                                                     Case No: 17−16458−pmm

                                                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/13/23

 

51 − 39
Form 138OBJ